IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIK TURIK,<br><br>              Plaintiff,<br><br>   v.<br><br>CARL'S GOLFLAND, INC.,<br><br>              Defendant. | Case No. 19-cv-5876<br><br>Judge John Z. Lee<br><br>Magistrate Judge Young B. Kim |

**JOINT MOTION TO TRANSFER VENUE
TO THE EASTERN DISTRICT OF MICHIGAN**

Plaintiff Nik Turik ("Turik") and Defendant Carl's Golfland, Inc. ("Carl's Golfland") hereby move this Court to transfer this action to the Eastern District of Michigan pursuant to 28 U.S.C § 1404(a). In support of this motion, the parties state as follows:

1. On August 30, 2019, Turik filed its Class Action Complaint ("Complaint").

2. On November 27, 2019, Carl's Golfland moved to dismiss the Complaint for lack of personal jurisdiction or, in the alternative, to transfer venue to the Eastern District of Michigan. That motion is set for presentment before the Court on December 10, 2019.

3. The parties have met and conferred and stipulate to the transfer of this action to the Eastern District of Michigan.

4. Pursuant to 28 U.S.C. § 1404(a), the Court may transfer this action to any other district "to which all parties have consented." *See also Atlantic Marine Const. Co., Inc. v. U.S. Dist. Court for the W. Dist. of Texas,* 571 U.S. 49, 59 (2013) (§ 1404(a) "permits transfer to any district where venue is also proper . . . or to any other district to which the parties have agreed by contract or stipulation").

33012844.2

**WHEREFORE,** the parties request that the Court transfer this case to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a).

Respectfully submitted,

| | |
|---|---|
| By:/s/ Elizabeth Fegan | By:/s/ Steven Wernikoff |
| FEGAN SCOTT LLC<br>Elizabeth A. Fegan<br>Timothy A. Scott<br>150 South Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>Tel: 312.741.1019<br>beth@feganscott.com<br>tim@feganscott.com<br><br>*Attorneys for Plaintiff Nik Turik* | HONIGMAN LLP<br>Steven M. Wernikoff<br>155 North Wacker Drive, Suite 3100<br>Chicago, IL 60606<br>Tel: (312) 701-9300<br>swernikoff@honigman.com<br><br>Michael P. Hindelang<br>Shannon C. Duggan<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Tel: (313) 465-7000<br>mhindelang@honigman.com<br>sduggan@honigman.com<br><br>*Attorneys for Defendant*<br>*Carl's Golfland, Inc.* |

Dated: December 4, 2019

## CERTIFICATE OF SERVICE

I, Steven M. Wernikoff, hereby certify that on this 4th day of December, 2019, I electronically filed the foregoing **Joint Motion to Transfer Venue to the Eastern District of Michigan** with the Clerk of the Court using the CM/ECF System, which generates a Notice of Electronic Filing that constitutes service to all Filing Users under Fed. R. Civ. P. 5(b)(2)(E).

/s/ Steven Wernikoff